MOED-0001 DISCLOSURE STATEMENT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01012 |
| ) | |
| LJLD, LLC dba DEBRECHT PROPERTIES, ) | |
| WESTMINSTER PROPERTIES, LLC, and ) | |
| BRIDGEWATER APARTMENTS V, LLC f/n/a ) | |
| FORDYCE MANOR, LLC, ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Defendant LJLD, LLC</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):

      **n/a**

   b. Its parent companies or corporations (if none, state "none"):

      **none**

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

      **none**

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

      **none**

1

MOED-0001 DISCLOSURE STATEMENT

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**n/a**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

**SPOONER LAW, LLC**

By: */s/ Jack B. Spooner*
Jack B. Spooner          MO #38382
34 North Brentwood Blvd., Suite 210
St. Louis, Missouri 63105
Phone:  (314) 725-4300
Facsimile: (314) 725-4301
Email: jbs@spoonerlawllc.com
***Attorneys for Defendant LJLD, LLC***

**CERTIFICATE OF SERVICE**

On this 9th day of February 2023 the undersigned attorney, Jack B. Spooner, certifies that a copy of the foregoing was served upon all counsel of record by **XX** the Court's CMECF Pacer system and/or ___ hand delivery and/or ___ email transmission and/or ___ by First Class Mail, postage prepaid and/or ___ by facsimile transmission to:

*/s/ Jack B. Spooner*