**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA， ) | |
| ) | |
| Plaintiff， ) | |
| ) | Case No. 4:22-cv-1012 |
| v. ) | |
| ) | |
| LJLD, LLC, dba DEBRECHT PROPERTIES and ) | |
| WESTMINISTER PROPERTIES, LLC， ) | |
| ) | |
| Defendants， ) | |
| ) | |
| BRIDGEWATER APARTMENTS V, LLC, fna ) | |
| FORDYCE MANOR, LLC， ) | |
| ) | |
| Rule 19 Defendant. ) | |

**<u>DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE</u>**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern

District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedures, counsel of record for

Defendant hereby gives notice the following corporate interests are disclosed:

1.      The parent companies of the corporation:  Irene S Hof Trust 1 75% and the Irene S

Hof Trust #2 25%.

2.      Subsidiaries not wholly owned by the corporation:  None.

3.      Any publicly held company that owns Ten Percent (10%) or more of the

corporation: None.

HEPLERBROOM LLC

By:     */s/ Thomas J. Magee*
          Thomas J. Magee No. 32871
          701 Market Street, Suite 1400
          St. Louis, MO 63101
          314-241-6160
          314-241-6116 Fax
          tmagee@heplerbroom.com
          *Attorney for Rule 19 Defendant,*
          *Bridgewater Apartments V, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2023, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

          */s/Thomas J. Magee*